**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| CYCURION, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00489 (PTG/WBP) |
| | ) | |
| JOHN DOE 1, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiffs filed an *ex parte* Motion for Leave to Conduct Early Discovery ("Motion"; ECF No. 8) and noticed a hearing for February 27, 2026 (ECF No. 9). The Court finds that oral argument will not aid in the decisional process. For the following reasons, the Court GRANTS the Motion.

Plaintiffs seek to issue Rule 45 subpoenas to Stocktwits, Inc. ("Stocktwits") and Reddit, Inc. ("Reddit") to discover Defendants John Doe 1's and John Doe 2's (collectively "Does") identities and contact information. (*Id.* at 1–2.) According to the Complaint, Does published false and defamatory statements about Plaintiffs on Stocktwits and Reddit, accusing Plaintiffs of committing criminal and securities law violations. (ECF No. 1 ¶¶ 1, 4, 20, 79.)

Before filing the Complaint, Plaintiffs conducted significant good-faith efforts to identify Does without success. Does' usernames—E1111 and em2391—and accounts reveal no identifying characteristics. (ECF No. 8 at 2, 8; ECF No. 1 ¶ 5.) After Stocktwits's and Reddit's legal departments denied Plaintiffs' requests to identify Does (ECF Nos. 8-3–8-6), Plaintiffs posted notices of this civil action and the impending subpoenas on Does' messaging boards (ECF Nos. 8-7–8-8), but neither Doe responded (ECF No. 8 at 3). Plaintiffs now seek leave to serve

Rule 45 subpoenas on the social media platforms for the limited purpose of discovering Does' identities so that Plaintiffs can serve the Complaint and Summonses. (ECF No. 8 at 2.)

The Federal Rules of Civil Procedure prohibit parties from engaging in discovery of any type before a Rule 26(f) conference, Fed. R. Civ. P. 26(d)(1). Courts in the Fourth Circuit, however, permit third-party subpoenas before the Rule 26(f) conference when the movant demonstrates "good cause." *See Moore v. Doe*, No. 1:19-cv-01018-LMB-MSN, 2019 WL 13294603, at *1 (E.D. Va. Sept. 13, 2019) (citing "good cause" standard).

The "well-established" test for determining good cause consists of five factors: "(1) a concrete showing of a *prima facie* claim of actionable harm; (2) specificity of the discovery request; (3) the absence of alternative means to obtain the subpoenaed information; (4) a central need for the subpoenaed information; and (5) the party's expectation of privacy." *Strike 3 Holdings, LLC v. Doe*, No. 1:24-cv-00503 (CMH/WBP), 2024 WL 1468338 (E.D. Va. Apr. 4, 2024). All five factors support granting leave.

First, the Complaint states a *prima facie* defamation claim. (ECF No. 1 ¶¶ 17–182; *see* ECF No. 8 at 5–8.) Second, Plaintiffs' proposed subpoenas (ECF Nos. 8-1, 8-2) specifically target Does' identifying information. (*Id.*) Third, Plaintiffs have no means of identifying Does short of a court order authorizing Rule 45 subpoenas. Fourth, Plaintiffs need this information to effect service on Does. Fifth, Does' privacy interests carry minimal weight because Plaintiffs seek only limited, discoverable contact information. *See, e.g.*, *Apothecary Prod. LLC v. Doe*, No. 19-CV-2278 (PJS/HB), 2019 WL 13471384, at *3 (D. Minn. Sept. 24, 2019) (finding plaintiff's request for limited third-party contact information rendered privacy interest minimally significant).

For these reasons, the Court finds good cause and ORDERS as follows:

1.      The Court GRANTS the Motion (ECF No. 8).

2.      Plaintiffs may immediately serve Rule 45 subpoenas on Stocktwits and on Reddit sufficient to discover the identities and contact information of Defendants John Does, including any names, email addresses, physical addresses, IP addresses, telephone numbers, account statuses, and account registration information associated with usernames E1111 and em2391.

3.      The Court CANCELS the hearing scheduled for February 27, 2026.

Entered this 20th day of February 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia

3