UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
-------------------------------------------------------------  X
CYCURION, INC. f/k/a WAVS, and KEVIN      :
KELLY,                                                            :      1:26-cv-00489 (PTG-WBP)
                                                                      :
                            Plaintiffs,                           :
                                                                      :      AMENDED COMPLAINT
               v.                                                 :
                                                                      :
MICHAEL S. EMO,                                           :
                                                                      :
                            Defendant.                         :
                                                                      :
                                                                      :
-------------------------------------------------------------  X

Plaintiffs Cycurion, Inc. f/k/a Wavs ("Cycurion") and Cycurion Chief Executive Officer

Kevin Kelly ("Kelly"), by and through their attorneys, as and for their Complaint against

Defendant Michael S. Emo, state and allege as follows:

## INTRODUCTION

This is an action that arises from the false and defamatory, and defamatory *per se*,

statements posted to two social media sites by a person using fictious names but now identified as

Defendant Michael S. Emo ("Emo").  With malice and reckless disregard for the truth, Emo

identified Plaintiff Cycurion in substance as a criminal enterprise and its officers and executives,

including Kelly, as criminals engaging in criminal acts.  As a result, Cycurion and Kelly have

endured professional and financial damage, threats, emotional distress, and have been permanently

damaged.

1.      Stocktwits is a social media platform purportedly designed for sharing ideas among

investors, traders, and entrepreneurs.  Founded in 2008, Stocktwits claims it uses what it terms a

"cashtag" in order to group or organize discussions relating to a specific stock symbol.

2. Stocktwits claims it is "the best way to find out what is happening right now around the markets, companies and assets." Stocktwits takes no responsibility, and makes no effort, to assure the accuracy or basis for any postings made on its platform.

3. As a result, a person who posts on Stocktwits is at liberty to make false, defamatory, and other irresponsible postings on Stocktwits without fear of reprisal or consequence, in part because there is no requirement that the person doing the posting use his or her actual identity absent the social media platform being served with a court-ordered subpoena that requires production of all identifying information in the social media's possession, custody, or control that can then be used to identify the person making the actionable postings.

4. Reddit is another social media platform purportedly designed for sharing ideas, including among investors, traders, and entrepreneurs. It claims to be a "proprietary social news aggregation and forum social media platform." Posts are organized by subject matter. Founded in 2005, Reddit claims to be the seventh-most visited website in the world.

5. Postings for the most part are made anonymously. The tag name a person uses for a posting does not identify the person. As a result, a person can, by way of example, make false, defamatory, and defamatory *per se* postings, and denigrate the basic integrity and character of the targets of such postings, without fear of reprisal or repercussion absent the social media platform being served with a court-ordered subpoena that requires production of all identifying information in the social media's possession, custody, or control that can then be used to identify the person making the actionable postings.

6. In addition to making such anonymous and harmful postings out of animus, a person can, and people too often do, engage in short-selling a target company's stock by posting purposely misleading accusations and allegations about the target company in order to manipulate

and take advantage of the negative consequences to the target company's stock price that is the proximate consequence of such postings.

7.      Short-selling is a sophisticated method of trading.  A trader who is engaging in short selling borrows stock and then sells such borrowed stock into the public marketplace—as opposed to buying stock that he or she then sells—with an obligation to buy and return to the original holder the stock at a later time.  Short-sellers typically have a margin account that allows the short-seller to borrow the stock with an obligation to buy and then return the stock.

8.      Short-sellers' goal is to profit from a decline in the price of a company's stock. Rather than following the more traditional investor strategy of "buying low and selling high," short-sellers aim to "sell high and buy low." Short-selling is a legal trading strategy absent purposeful manipulation of stock price by publishing false information or undertaking other deceitful methods of driving down the price of the stock with an intention to trade and eventually buy when the stock price drops.

9.      Moreover, and specifically with regard to Cycurion's stock, frequently there are more shares being sold on the public market than the number of Cycurion shares that exist.  Such is a strong indication that investors are engaging in an illegal practice known as "naked selling," which is a type of short-selling.

10.      Naked short-selling is a practice of selling a stock short without first borrowing or owning the stock.  The practice is illegal because the seller is selling shares that do not in fact exist, using "phantom" shares.  This can have the effect of depressing a stock's price by creating a false oversupply of shares.  Naked short-selling also allows for such sellers to avoid obligations to buy the shares that they, in theory, have an obligation to transfer, harming investors on the counter-side of a transaction.

3

## THE PARTIES

11.     Plaintiff Cycurion, Inc. f/k/a Wavs ("Cycurion") is a Delaware corporation formed on April 28, 2021.  Cycurion's principle place of business is in McLean, Virginia.

12.     Plaintiff Kevin Kelly, chief executive officer of Cycurion and a member of the Cycurion Board of Directors, is, and at all relevant times to this action was, a citizen and resident of the State of Florida.

13.     Defendant Michael S. Emo was originally sued as John Doe 1 a/k/a E1111 ("John Doe 1" or "E1111"), a fictitious name Emo used to hide his true identity.  Following the filing of the instant action and serving a Court-ordered subpoena on Stocktwits to obtain the email address and IP address Emo used to register and operate the account pursuant to which Emo made postings using the pseudonym E1111, Plaintiffs obtained critical data that resulted in identifying Emo.

14.     Emo also was originally sued as John Doe 2 a/k/a em2391 ("John Doe 2" or "em2391"), a different fictitious name Emo used to hide his true identity.  Following the filing of the instant action and serving a Court-ordered subpoena on Reddit to obtain the email address and IP address Emo used to register and operate the account pursuant to which Emo made postings using the pseudonym em2391, Plaintiffs obtained critical data that resulted in identifying Emo.

15.     The same person, who has now been identified as Emo, used the same email address, e3_e3@yahoo.com to register both the Reddit and the Stocktwits accounts.  This indicates that a single person used the two different pseudonyms to post the messages herein identified.

16.     The Reddit account was created on November 16, 2017.  The Stocktwits account was created on November 7, 2024.

17.     Two additional email addresses with the same naming convention are affiliated with Emo (e3_e3@hotmail.com and e3_e3@mindspring.com).

18.     The IP address tied to the Reddit account registration and the IP address tied to the login for the Stocktwits account both geolocate to Madera, California, within two miles of a residential address associated with Emo.

19.     A data report pertaining to the Yahoo email address used to register both the Reddit and Stocktwits accounts links a telephone number (559-363-0253) to a business venture bearing Emo's name, Emo Creative, and identifies the person operating, or who operated, that business venture as Michael S. Emo.  The physical address of that business venture is the same as the residential address associated with Emo in Madera, California.

20.     Data records also link two additional corporate affiliations, Bismuth Solutions LLC and Autolytics Inc. as being registered to Emo with the same Madera, California residential address as each's principal place of business.

21.     In sum: 1) the Reddit and Stocktwits accounts both were registered to e3_e3@yahoo.com; 2) data links the Yahoo email address to a telephone number associated with Emo; and 3) Emo's residential history corresponds to the geolocation of the IP addresses that Reddit and Stocktwits provided pursuant to the Court-ordered subpoenas.

22.     Emo is a citizen of the State of California and resides at 186 S. Berry Drive, Madera, California.  Emo has operated three business entities with their principal place of business also located at the same residential address.  Emo was identified as the manager of Bismuth Solutions, LLC, a technology and web development company with its principle place of business located at 186 S. Berry Drive, Madera, California.  Emo also was identified as the Chief Executive Officer of Autolytics Inc., a data and analytics company with its principle place of business located at 186

S. Berry Drive, Madera, California. The first entity, Emo Creative, located at the same address, used the telephone number associated with the e3_e3@yahoo.com email address which led to discovering Emo's identity.

## JURISDICTION AND VENUE

23.    This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1332 based upon the diversity of citizenship of the parties and because the amount in controversy exceeds $75,000.00. Plaintiff Cycurion is a Delaware corporation with its principal place of business in Virginia. Plaintiff Kelly is a citizen of the State of Florida. Defendant Emo is a citizen of the State of California.

24.    Venue is proper because a substantial part of the events and omissions giving rise to the claim, and the injury caused by the actions of Defendant Emo alleged herein, happened in this District.

## STATEMENT OF FACTS

25.    Neither Plaintiff is aware of ever having been investigated, and neither has ever been charged, by, or entered any form of plea or consent order with, the United States Securities & Exchange Commission ("SEC") or any other federal, state or local law enforcement entity or regulatory agency.

26.    Cycurion is a *bona fide*, active business engaged in providing network communications and information technology security solutions to its many clients, which include federal, state, and local government agencies and middle and small private business entities. The services Cycurion provides include consulting and advisory services, managed technology services and managed security services. Cycurion is a public company trading on the Nasdaq stock

6

exchange. Cycurion has never participated in any form of securities fraud or stock price manipulation.

27. Kelly is an experienced, highly educated and successful expert in the field of technology security services. He has never participated in any form of securities fraud or stock price manipulation.

28. The overall theme and conclusion of the postings set forth below are false and defamatory in that the postings assert that Cycurion and Kelly are engaging in stock manipulation and investor fraud. These statements are being held out as true facts, not merely statements of the author's opinion.

29. Neither Cycurion nor Kelly has ever engaged in stock manipulation or "death spiral financing" and neither has acted contrary to the interests of investors.

30. Further, contrary to the defamatory claims made by Defendants, either individually or in coordination, Cycurion is a viable public company with over 40 contracts to provide cybersecurity services to over 30 federal, state and local government entities in addition to at least 8 private entities.

31. Notwithstanding that the postings alleged herein were made anonymously on internet message boards, a reasonable reader of these postings would have believed that the following statements set forth below were conveying facts about Cycurion, Kelly, and other officers and members of the Cycurion Board of Directors, and were not merely the opinions of the author. These asserted false facts are defamatory and defamatory *per se*, published without privilege or authorization, and have actually and proximately caused injury to Plaintiffs.

**Postings Defaming Cycurion**

*Emo Postings Defaming Cycurion Using E1111*

32.     Emo, on March 4, 2025, in Stocktwits post number 606722932, falsely, maliciously, and in bad faith accused Cycurion of releasing news that was "complete bullshit" in "a desperate attempt to stop the bleeding" and of "milking investor hard."  Exh. 1.

33.     Emo, on March 27, 2025, in Stocktwits post number 609440455, accused Cycurion of agreeing to "death spiral financing" out of incompetency or to allow the CEO to "pay off his huge personal debts."  Exh. 2.

34.     Emo, on April 15, 2025, in Stocktwits post number 611760402, falsely, maliciously, and in bad faith characterized Cycurion, along with Kelly, as a "pure scam."  Exh. 3.

35.     Emo, on April 16, 2025, in Stocktwits post number 611798895, falsely, maliciously, and in bad faith alleged that Cycurion was engaging in "death spiral financing."  Exh. 4.

36.     Emo, on May 1, 2025, in Stocktwits post number 613240793, falsely, maliciously, and in bad faith accused Cycurion, *inter alia*, of having a "[f]ake partnership" with an entity known as IQST and having "[l]ied about previous gov[ernment] contracts/clients," and engaging in "[e]xtreme dilution." Exh. 5.

37.     Emo, on May 8, 2025, in Stocktwits post number 613927337, falsely, maliciously, and in bad faith accused Cycurion, *inter alia*, of not having a physical office, of employing less than five people, of engaging in "extreme dilution," and of entering into "fake partnerships," in addition to falsely, maliciously, and in bad faith accusing Kelly of having "heavy personal debt ($600k)." Exh. 6.

38.     In fact, Cycurion has over 25 W-2 employees and over 25 independent contractors, uses offices throughout the country, including offices that government entities provide so Cycurion

can fulfill its contractual obligations to local, state and federal government entities and agencies, and transacts its business in a regulatory-compliant, attorney-approved manner that does not involve "extreme dilution."

39. Emo, on June 18, 2025, in Stocktwits post number 618261932, falsely, maliciously, and in bad faith claimed that Cycurion does not have its own proprietary software which "makes them a sales company, not a cyber security company." Exh. 7.

40. Emo, on June 23, 2025, in Stocktwits post number 618692859, falsely, maliciously, and in bad faith claimed that Cycurion is a "beautiful ponzi." Exh. 8.

41. Emo, on June 30, 2025, in Stocktwits post number 619423993, falsely, maliciously, and in bad faith claimed that Cycurion was a "scam from the start." Exh. 9.

42. Emo, on June 30, 2025, in Stocktwits post number 619501928, falsely, maliciously, and in bad faith claimed that "[e]verything" published by Cycurion "is lie," including a recommendation provided by a client for Cycurion's web page, and that Kelly "is a high level scammer." Exh. 10.

43. Emo, on July 2, 2025, in Stocktwits post number 619708104, falsely, maliciously, and in bad faith claimed that Cycurion "only has a single [software developer] on the team, based in Israel" and falsely, maliciously, and in bad faith categorized Cycurion as a "sales company, not a cyber company." Exh. 11.

44. Emo, on July 2, 2025, in Stocktwits post number 619709891, falsely, maliciously, and in bad faith suggested that Cycurion has been making false claims about its partnership with AgileBlue, with which "[l]iterally ANYONE can become a 'partner,'" falsely, maliciously, and in bad faith accused Cycurion of releasing a bogus "PR statement" about a "strategic partnership"

9

with AgileBlue, and, further, falsely, maliciously, and in bad faith claimed that Cycurion has been misleading investors by stating that ARx is its proprietary software.  Exh. 12.

45.    Emo, on July 2, 2025, repeated the same defamatory claims in Stocktwits post number 619724310.  Exh. 13.

46.    Emo, on August 6, 2025, in Stocktwits post number 624005044, falsely, maliciously, and in bad faith stated that Cycurion "is a scam operation," and falsely, maliciously, and in bad faith declared that Kelly "lied about his resume."  Exh. 14.

47.    Emo, on August 6, 2025, in Stocktwits post number 624017336, falsely, maliciously, and in bad faith claimed that Cycurion "is the anatomy of a scam stock, ran [sic] by a scammer CEO who has lied to investors about nearly everything," and also falsely, maliciously, and in bad faith claimed that "[l]awsuits are being filed" against Cycurion.  Exh. 15.

48.    Emo, on August 6, 2025, in Stocktwits post number 624019343, falsely, maliciously, and in bad faith claimed that Cycurion "has literally nothing on the books" and "No revenue. No real clients. Nothing."  Exh. 16.

49.    Emo, on August 13, 2025, in Stocktwits post number 624970374, falsely, maliciously, and in bad faith claimed that Cycurion "has used … a fake phone number on multiple filings" and thus has committed a "serious violation of federal securities law," and termed Cycurion a "house of cards [that] will collapse soon enough."  Exh. 17.

50.    Emo, on August 14, 2025, in Stocktwits post number 625126236, falsely, maliciously, and in bad faith claimed that Cycurion's "stock is a scam" and that Cycurion does not "really exist as a company, except on paper."  Exh. 18.

51.    Emo, on August 14, 2025, in Stocktwits post number 625190704, falsely, maliciously, and in bad faith claimed that investors were wrong to think that the company IQST

was going to save Cycurion because "[f]ake partnerships between two scam companies does not equal success" and that "IQST going down the drain next" and to "[e]xpect big losses." Exh. 19.

52. Emo, on August 25, 2025, in Stocktwits post number 626481243, falsely, maliciously, and in bad faith claimed that Cycurion is a "ponzi," the "SEC is now investigating," and Cycurion would "collapse soon enough." Exh. 20.

53. Emo, on August 27, 2025, in Stocktwits post number 626683516, falsely, maliciously, and in bad faith alleged that Cycurion was involved in a "money laundering scam," and defamed, in addition to Cycurion, certain investors (whom he named, and provided addresses and identification of management). Exh. 21.

54. Emo, on August 27, 2025, in Stocktwits post number 626691183, falsely, maliciously, and in bad faith claimed that "fraud ring connections have been discovered" between Cycurion and another viable, established company which Emo identified and also defamed. Exh. 22.

55. Emo, on August 28, 2025, in Stocktwits post number 626832021, falsely, maliciously, and in bad faith alleged that Cycurion is a "clown show" comprised of "shady fraudsters! Wtf." Exh. 23.

56. Emo, on August 28, 2025, in Stocktwits post number 626836412, falsely, maliciously, and in bad faith accused Cycurion of engaging in stock manipulation by posting "spam[]" in "heavy" amounts in order to "pump" company stock, which he described as "dead bags." Emo further falsely, maliciously, and in bad faith claimed that "ticker spammers … are part of the Cycurion scam" and must "pump those dead bags before they go to zero!" Exh. 24.

57. Emo, on August 28, 2025, in Stocktwits post number 626926123, falsely, maliciously, and in bad faith claimed that the "[c]over was blown on Cycurion scam company,"

falsely, maliciously, and in bad faith claimed that the "[c]ompany about to collapse in lawsuits," and falsely, maliciously, and in bad faith alleged that the company "scammers" were in the process of "cash[ing] out before anyone else." Exh. 25.

58.     Emo, on August 29, 2025, in Stocktwits post number 626980603, falsely, maliciously, and in bad faith declared to investors that Cycurion "stole your money," that "[t]hey are frauds.  All of them. Everyone is in on the scam but you," and that "[t]hey took your money with a fake company and you bit on it, badly."  Emo also falsely, maliciously, and in bad faith claimed that Kelly "has many known aliases and lawsuits will be filed over this Cycurion scam." Exh. 26.

59.     Emo, on August 29, 2025, in Stocktwits post number 626987689, falsely, maliciously, and in bad faith claimed that Cycurion "played everyone and gave themselves tons of stock which they slowly dumped on the open market for free money" and that "[t]his is the best scam I have ever seen!"  Exh. 27.

60.     Emo, on August 29, 2025, in Stocktwits post number 627030685, falsely, maliciously, and in bad faith claimed that Cycurion was manipulating share value by undertaking a "[r]everse split" in order to drive the share value up to benefit Cycurion insiders, including its CEO, CFO and Board members, who would sell Cycurion shares at a higher price.  Emo also falsely, maliciously, and in bad faith claimed that the investors are "fake companies" owned by Board members so that Board members could engage in "the scam" and called Kelly a "pro level scammer." Exh. 28.

61.     Emo, on September 3, 2025, in Stocktwits post number 627323363, falsely, maliciously, and in bad faith alleged that Cycurion always follows the same six-part program: "1. Release fake/misleading news to get the pump move. 2. Dilute the shit out of it to bring in lot more

money 3. Approve increase in board member and executive compensation 4. Pay themselves handsomely 5. Reverse split 6. Repeat." Exh. 29.

62. Emo, on September 3, 2025, in Stocktwits post number 627368644, falsely, maliciously, and in bad faith claimed that Cycurion is engaged in "[s]uper heavy dilution" while making plans to "increase the compensation packages for execs and board members," and that all of this is evidence of "how dilution scams work." Exh. 30.

63. Emo, on September 5, 2025, in Stocktwits post number 627667306, falsely, maliciously, and in bad faith called Cycurion a "trash scam company." Exh. 31.

64. Emo, on November 5, 2025, in Stocktwits post number 635997390, falsely, maliciously, and in bad faith suggested that Cycurion falsely was claiming it had obtained new business: "new 1.14m contract and once again NO CLIENT NAMED" (capitalized in original), and alleged that Cycurion "is a scam and they are not even good at it," that "[CEO] Kelly has NEVER specifically mentioned the name of any client they have landed" because Cycurion does not have any real clients. Exh. 32.

65. Emo, on November 5, 2025, in Stocktwits post number 635997976, falsely, maliciously, and in bad faith claimed that Cycurion "will dump faster than it spiked" and warned investors not to "let these paid shills fool you into bagholding this scam stock." Exh. 33.

66. Emo, on November 5, 2025, in Stocktwits post number 635000754, falsely, maliciously, and in bad faith claimed that Cycurion "released another fake project claim, so they can pump the price and dilute with new shares" and that every time Cycurion releases new stock their outstanding share count is "climbing and [investors] are putting money directly into the CEO's pocket." Exh. 34.

67.     Emo, on November 5, 2025, in Stocktwits post number 635000963, falsely, maliciously, and in bad faith alleged that the following is Cycurion's "company guide to scamming idiots on StockTwits." :"1. Release fake news to cause spike in price 2. Dilute with new shares to get free money from idiots 3. Wait a while and repeat the process." Exh. 35.

68.     Emo, on November 5, 2025, in Stocktwits post number 635046460, falsely, maliciously, and in bad faith accused Cycurion of placing "fake numbers … into [Company] spreadsheet" when it makes SEC filings.  Exh. 36.

69.     Emo, on November 10, 2025, in Stocktwits post number 635583276, falsely, maliciously, and in bad faith accused Cycurion of issuing "another fake news release so they can dilute into retail spike" and falsely, maliciously, and in bad faith claimed that Cycurion was "getting desperate" about its financial condition, and therefore that it would be issuing "fake news releases … faster these days."  Exh. 37.

70.     Emo, on November 10, 2025, in Stocktwits post number 635589728, falsely, maliciously, and in bad faith characterized Cycurion as a "bagholding portal of hell…," and that Cycurion is a "textbook dilution scam" which operates by "1. Release[ing] fake news [so that] 2. Investors buy in [and then] 3. [Cycurion] [i]ssue[s] new shares 4. [Cycurion] [p]ocket[s] cash from selling shares 5. [Cycurion] [r]inse[s] and repeat[s]."  Exh. 38.

71.     Emo, on November 10, 2025, in Stocktwits post number 635624614, falsely, maliciously, and in bad faith alleged that Cycurion is in violation of Section 17(b) of the Securities Act of 1933 because Cycurion has not "disclose[d] fully the nature and amount of their [penny stock promoters'] compensation and who paid them for promoting the stock."  Exh. 39.

72.     Emo, on November 12, 2025, in Stocktwits post number 635851292, falsely, maliciously, and in bad faith alleged that Cycurion was "cook[ing] the books to not raise suspicion." Exh. 40.

*Emo Postings Defaming Cycurion Using em2391*

73.     Emo, on August 13, 2025, commenting on a Reddit post titled *EXCLUSIVE: IQSTEL And Cycurion Announce $1 Million Stock Swap With Shareholder Dividends And AI Cybersecurity Alliance*, falsely, maliciously, and in bad faith alleged that "[t]he entire [Cycurion] stock is a scam" and falsely, maliciously, and in bad faith claimed that Cycurion has no office, very few employees, "[n]o cybersecurity products except whitelabel from another company," engages in "pump and dump schemes," purposely created a "[s]uper complex share structure to confuse the f**k out of noob investors" and that Cycurion claims to have contracts and partnerships that do not actually exist.  Exh. 41.

74.     Emo, on August 13, 2025, commenting on a Reddit post titled *Does anyone live near CYCU?*, falsely, maliciously, and in bad faith alleged that "Cycurion list[s] fake address on all documents and sec filings" and that "[t]hey don't have office. It's been proven" and uses a "fake phone number which is illegal."  Exh. 42.

75.     Emo, on August 14, 2025, commenting on a Reddit post titled *CYCU Q2 earnings report*,  advised investors to engage in short selling Cycurion stock, stating that "shorting is the only way to win on this one."  Exh. 43.

76.     Emo, on August 19, 2025, commenting on a Reddit post titled *CYCU Cycurion, Inc. to Host Business Update Conference Call August 19, 2025 at 5:00PM EDT,* falsely, maliciously, and in bad faith alleged that "[Cycurion] has no money [and] no real contracts," and "is not a cybersecurity company." Exh. 44.

15

77.     Emo, on August 26, 2025, commenting on a Reddit post titled *Contracts*, falsely, maliciously, and in bad faith claimed that most of Cycurion's government contracts are "fake contracts" and that Cycurion is a "SALES company, not a TECH company."  Exh. 45.

78.     Emo, on August 28, 2025, authored a posting on Reddit titled *Cycurion CYCU and IQST - Fraud Companies*, in which he falsely, maliciously, and in bad faith claimed that Cycurion has been "diluting from [the] beginning," that Cycurion is a "[f]ake company" with "fake investors" and that all parties at Cycurion are "in on" the scam, and, further, that legal action should be brought against Kelly.  Exh. 46.

79.     Emo, also on August 28, 2025, commenting on his posting on Reddit titled *Cycurion CYCU and IQST - Fraud Companies*, falsely, maliciously, and in bad faith discouraged people from investing in Cycurion; called Cycurion an "unpredictable scam trash;" and predicted that investors in Cycurion will "likely get burned."  Exh. 47.

80.     Emo, on August 29, 2025, commenting on his posting on Reddit titled *Cycurion CYCU and IQST - Fraud Companies*, falsely, maliciously, and in bad faith claimed that Cycurion pays to have misleading information posted on social and investor media sites and that such payment is "worth it because the fraud guys running the whole operation are pulling down millions."  Exh. 48.

81.     Emo, also on August 29, 2025, commenting on his posting on Reddit titled *Cycurion CYCU and IQST - Fraud Companies*, falsely, maliciously, and in bad faith called Cycurion "a con" which is "… issuing shares to 'investors' which are actually shell companies run and owned by friends and their own 'board members.'"  Emo also falsely, maliciously, and in bad faith claimed that Cycurion has "zero clients," offers "[z]ero products," and that Cycurion's SEC 8-K filings are "made up out of thin air to convince people to buy in."  Exh. 49.

82.     Emo, also on August 29, 2025, commenting on his posting on Reddit titled *Cycurion CYCU and IQST - Fraud Companies*, falsely, maliciously, and in bad faith called Cycurion "…a large fraud ring, running scams on the stock market." Exh. 50.

83.     Emo, also on August 29, 2025, commenting on his posting on Reddit titled *Cycurion CYCU and IQST - Fraud Companies*, falsely, maliciously, and in bad faith alleged that Cycurion has no real customers, no contracts or partnerships, no employees, and that Cycurion's "SEC filings are fake." Emo further falsely, maliciously, and in bad faith alleged that Cycurion's board members own the "shell companies" that are Cycurion's investors, allowing the board members to "double dip[]" by receiving shares both as a board member and through investor companies which "… pretend[] to give money to Cycurion in exchange for shares," but that "…no real money is exchanged." Exh. 51.

84.     Emo, on September 8, 2025, commenting on a Reddit post titled *Zero Worth $CYCU*, falsely, maliciously, and in bad faith alleged that Cycurion's "executives pay themselves and give bonuses for doing nothing." Exh. 52.

85.     Emo, on September 10, 2025, commenting on a Reddit post titled *I don't believe this Company is a fraud*, falsely, maliciously, and in bad faith claimed that "Cycurion is a 'dump and dilute' scam." Exh. 53.

**Postings Defaming CEO Kevin Kelly**

*Emo Postings Defaming Kelly Using E1111*

86.     Emo, on February 24, 2025, in Stocktwits post number 605503010, falsely, maliciously, and in bad faith alleged that Kelly lied by claiming that Cycurion had "'partnerships' with major gov entities." Exh. 54.

87.     Emo, on February 27, 2025, in Stocktwits post number 606035089, falsely, maliciously, and in bad faith accused Kelly of "play[ing]" investors "big time," and encouraged investors to contact the FBI, the Securities & Exchange Commission and NASDAQ, implying that Kelly had committed criminal and securities law violations.  Exh. 55.

88.     Emo, on March 10, 2025, in Stocktwits post number 607489874, falsely, maliciously, and in bad faith accused Kelly of engaging in "savage dilution" of Cycurion's stock. Exh. 56.

89.     Emo, on March 12, 2025, in Stocktwits post number 607794414, falsely, maliciously, and in bad faith accused Kelly of engaging in a "diabolical share structure" that "bamboozled" investors.  Exh. 57.

90.     Emo, on March 27, 2025, in Stocktwits post number 609440455, falsely, maliciously, and in bad faith accused Kelly of agreeing "to death spiral financing" either as the result of incompetency or to "scam" investors so he could "pay off his big personal debts."   Exh. 2.

91.     Emo, on March 27, 2025, in Stocktwits post number 609446579, falsely, maliciously, and in bad faith accused Kelly of having "huge personal debts," owing "$620k to a divorce lawyer" and alleging that "his pro futbol [sic] team in Europe is bankrupt."  Exh. 58.

92.     Emo, on April 3, 2025, in Stocktwits post number 610263169, falsely, maliciously, and in bad faith accused Kelly of saying that Cycurion "is dying," has "no real clients and no real revenue," and that Kelly orchestrated a "dump" scheme.  Exh. 59.

93.     Emo, on May 1, 2025, in Stocktwits post number 613240793, falsely, maliciously, and in bad faith accused Kelly of being "heavy in personal debt (over $600k)," entering Cycurion

18

into a "[f]ake partnership," issuing "Fluff PR," lying "about previous gov contracts/clients," and engaging in "[e]xtreme dilution."  Exh. 5.

94.    Emo, on May 23, 2025, in Stocktwits post number 615760569, falsely, maliciously, and in bad faith accused Kelly of having "ran off with the [Cycurion] money" and stated that the stolen funds would be untraceable because "[h]e's a ghost online."  Exh. 60.

95.    Emo, on June 5, 2025, in Stocktwits post number 616934168, falsely, maliciously, and in bad faith accused Kelly of engaging in securities fraud and market manipulation, making "a deal with a market maker to pump."  Exh. 61.

96.    Emo, on June 6, 2025, in Stocktwits post number 617142896, falsely, maliciously, and in bad faith accused Kelly of committing an "illegal" act by "us[ing] a phone number on [an SEC] filing which is not associated with Cycurion."  Exh. 62.

97.    Emo, on June 25, 2025, in Stocktwits post number 618926790, falsely, maliciously, and in bad faith accused Kelly of "diluting the hell out of" Cycurion stock and "robbing investors." Exh. 63.

98.    Emo, on June 30, 2025, in Stocktwits post number 619501928, falsely, maliciously, and in bad faith accused Kelly of lying about Cycurion ("[e]verything is lie") and committing criminal acts ("Kevin Kelly is a high level scammer"), as well as manufacturing an endorsement from a government client.  Exh. 10.

99.    Emo, on August 6, 2025, in Stocktwits post number 624005044, falsely, maliciously, and in bad faith alleged that Kelly ran Cycurion as "a scam operation," and that Kelly had a "questionable past" and lied "about his resume, college career and lots more."  Exh. 14.

100. Emo, on August 6, 2025, in Stocktwits post number 624007408, falsely, maliciously, and in bad faith alleged that Kelly "lied to investors about nearly everything," and also lied about "his college resume at Duke University." Exh. 64.

101. Emo, on August 11, 2025, in Stocktwits post number 624565799, falsely, maliciously, and in bad faith alleged that "[CEO] Kelly is so desperate to keep his scam going, he's pulling out all the stops" and "uses whatever terms are hot at the moment" to market Cycurion to investors including "crypto treasury bullshit" and "'AI' bullshit." Exh. 65.

102. Emo, on August 14, 2025, in Stocktwits post number 625130988, falsely, maliciously, and in bad faith alleged that Kelly gave an interview on Benzinga that was "paid for" and was making a concerted effort to "keep this scam going." Exh. 66.

103. Emo, on August 14, 2025, in Stocktwits post number 625184052, falsely, maliciously, and in bad faith alleged that Cycurion is a fictitious company that "never existed" and was "an elaborate planned scam from the start." Emo also falsely, maliciously, and in bad faith claimed that Kelly, along with CFO Alvin McCoy, created the "scam" Cycurion in order to "put money directly into [their] pockets," and "cook[ed] the books," lied "about every contract and partnership," and put "all funds into their own pockets." Exh. 67.

104. Emo, on August 14, 2025, in Stocktwits post number 625267464, falsely, maliciously, and in bad faith labeled Kelly a "high level scammer," and falsely, maliciously, and in bad faith alleged that he was "forced to resign" from a previous job for "doing nefarious things," before he joined Cycurion. Exh. 68.

105. Emo, on August 25, 2025, in Stocktwits post number 626442408, falsely, maliciously, and in bad faith alleged that Cycurion is a "dilution scam" and that "Kelly is playing all of you." Exh. 69.

20

106.    Emo, on August 25, 2025, in Stocktwits post number 626481243, falsely, maliciously, and in bad faith accused Kelly of operating Cycurion as a "ponzi" scheme, termed Kelly a "high level scammer," and claimed that the "SEC is now investigating" Kelly.  Exh. 20.

107.    Emo, on August 27, 2025, in Stocktwits post number 626714216, falsely, maliciously, and in bad faith alleged that Kelly "has woven a massive complex web of lies and deceit."  Exh. 70.

108.    Emo, on August 29, 2025, in Stocktwits post number 626991643, falsely, maliciously, and in bad faith accused Kelly of "scamming [investors] out of millions."  Exh. 71.

109.    Emo, on August 29, 2025, in Stocktwits post number 627030685, falsely, maliciously, and in bad faith alleged that an announced reverse split was being done in order to provide new shares to Kelly, CFO Alvin McKoy and Board members to allow them to "offload the shares again and pocket a lot more money than they already have."  Emo also falsely, maliciously, and in bad faith alleged that Cycurion used "fake 'investors'" comprised of "fake companies," some of which are "actually secretly owned by actual the board members of Cycurion" who could then engage in "double dipping" by obtaining shares both as investors and Board members and then "dump[ing the shares] on retail."  Exh. 28.

110.    Emo, on August 29, 2025, in Stocktwits post number 627031682, falsely, maliciously, and in bad faith accused Kelly of having said: "I played you [investor] idiots like a violin and took all your money."  Exh. 72.

111.    Emo, on September 2, 2025, in Stocktwits post number 627246297, falsely, maliciously, and in bad faith accused Kelly of manipulating share prices by "releas[ing] fake news to get a pump, right before bad news."  Exh. 73.

112.    Emo, on September 5, 2025, in Stocktwits post number 62766587, falsely, maliciously, and in bad faith claimed that if the price of Cycurion stock drops the "Market Maker will turn off their bots and stop playing it until it stabilizes" and that "[t]hey try to finish delta neutral every day but [CEO] Kelly is going to break his own MMs." Emo also falsely, maliciously, and in bad faith claimed that "L. Kevin Kelly [is] dumping millions of shares again and now there is very little liquidity for him to exit." Exh. 74.

*Emo Postings Defaming Kelly Using em2391*

113.    Emo, on August 13, 2025, commenting on a Reddit post titled *EXCLUSIVE: IQSTEL And Cycurion Announce $1 Million Stock Swap With Shareholder Dividends And AI Cybersecurity Alliance*, falsely, maliciously, and in bad faith claimed that Kelly "… lost his job as ceo of another major company when they found out he was defrauding the company" and, as a result of not being able to find a job "at good company … he put together this scam called Cycurion." Exh. 41.

114.    Emo, on August 26, 2025, commenting on a Reddit post titled *Contracts*, falsely, maliciously, and in bad faith claimed that "CEO [Kelly] is scamming everyone." Exh. 45.

115.    Emo, on August 28, 2025, authored a posting on Reddit titled *Cycurion CYCU and IQST - Fraud Companies*, in which he falsely, maliciously, and in bad faith alleged that Kelly committed a crime involving Cycurion stock and operations, and that "[e]veryone is in on it." Exh. 46.

22

## COUNT I

### DEFAMATION *PER SE* – CYCURION
### (AGAINST EMO)

116. Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

117. Emo, the individual who posts under the alias of E1111, published numerous false and defamatory statements to third parties about, among others, Cycurion on the internet message board Stocktwits.

118. Emo published the statements without authorization or privilege.

119. Emo published each of the statements with knowledge that the statement was false or with reckless disregard as to the statement's truth or falsity.

120. The false and defamatory statements Emo published are alleged and identified with particularity above.

121. Contrary to the false and defamatory statements contained in each of the foregoing posts, Cycurion has never engaged in any form of market manipulation, fraud, or any other type of securities fraud or wrongdoing.

122. Each of the foregoing statements attributing or alleging bad acts to Cycurion exposed Cycurion's business to public contempt, ridicule, disgrace, and induced an evil opinion of it in the minds of right-thinking persons, thereby depriving Cycurion of their willingness to conduct business with it, purchase its publicly-issued stock, to trust it, and otherwise to interact with it as a law-abiding business entity.

123. As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Cycurion's professional reputation and ability to conduct business have been injured and Cycurion continues to suffer in an amount that will be proven at trial.

124.    As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Cycurion has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

125.    Emo's statements constitute libel *per se*, for which Cycurion is entitled to recover presumed damages for injury.

## COUNT II

### DEFAMATION *PER SE* – KEVIN KELLY
### (AGAINST EMO)

126.    Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

127.    Emo, the individual who posts under the alias of E1111, published numerous false and defamatory statements to third parties about, among others, Kevin Kelly on the internet message board Stocktwits.

128.    Emo published the statements without authorization or privilege.

129.    Emo published each of the statements with knowledge that the statement was false or with reckless disregard as to the statement's truth or falsity.

130.    The false and defamatory statements Emo published are referred to and identified with particularity above.

131.    Contrary to the false and defamatory statements contained in each of the foregoing posts, Kelly has never engaged in any form of market manipulation, fraud, or any type of securities fraud or wrongdoing.

132.    Each of the foregoing statements attributing or alleging bad acts to Kelly exposed Kelly's professional and personal character to public contempt, ridicule, disgrace, and induced an evil opinion of him in the minds of right-thinking persons, thereby depriving him of their

willingness to conduct business with him, to trust him, and otherwise to interact socially and professionally with him as a law-abiding citizen.

133. As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Kelly's professional and personal reputation and ability to conduct business have been injured and continue to suffer in an amount that will be proven at trial.

134. As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Kelly has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

135. Emo's statements constitute libel *per se*, for which Kelly is entitled to recover presumed damages for injury.

**COUNT III**

**DEFAMATION *PER SE* – CYCURION**
**(AGAINST EMO)**

136. Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

137. Emo, the individual who posts under the alias of em2391, published numerous false and defamatory statements to third parties about, among others, Cycurion on the internet message board Reddit.

138. Emo published these statements without authorization or privilege.

139. Emo was negligent as to the truth of these statements when he published them.

140. Emo published each of the statements with knowledge that the statement was false or with reckless disregard as to the statement's truth or falsity.

141. The false and defamatory statements Emo published are referred to and identified with particularity above.

142.   Contrary to the false and defamatory statements contained in each of the foregoing posts, Cycurion has never engaged in any form of market manipulation, fraud, or any type of securities fraud or wrongdoing.

143.   Each of the foregoing statements attributing or alleging bad acts to Cycurion exposed Cycurion's business to public contempt, ridicule, disgrace, and induced an evil opinion of it in the minds of right-thinking persons, thereby depriving Cycurion of their willingness to conduct business with it, to trust it, and otherwise to interact with it as a law-abiding business entity.

144.   As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Cycurion's professional reputation and ability to conduct business have been injured and continue to suffer in an amount that will be proven at trial.

145.   As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Cycurion has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

146.   Emo's statements constitute libel *per se*, for which Cycurion is entitled to recover presumed damages for injury.

## COUNT IV

### DEFAMATION *PER SE* – KEVIN KELLY
### (AGAINST EMO)

147.   Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

148.   Emo, the individual who posts under the alias of em2391, published numerous false and defamatory statements to third parties about, among others, Kevin Kelly on the internet message board Reddit.

149. Emo published these statements without authorization or privilege.

150. Emo was negligent as to the truth of the statements when he published them.

151. Emo published each of the statements with knowledge that the statement was false or with reckless disregard as to the statement's truth or falsity.

152. The false and defamatory statements Emo published are referred to and identified with particularity above.

153. Contrary to the false and defamatory statements contained in each of the foregoing posts, Kelly has never engaged in any form of market manipulation, fraud, or any type of securities fraud or wrongdoing.

154. Each of the foregoing statements attributing or alleging bad acts to Kelly exposed Kelly's professional and personal character to public contempt, ridicule, disgrace, and induced an evil opinion of him in the minds of right-thinking persons, thereby depriving him of their willingness to conduct business with him, to trust him, and otherwise to interact socially and professionally with him as a law-abiding citizen.

155. As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Kelly's professional and personal reputation and ability to conduct business have been injured and continue to suffer in an amount that will be proven at trial.

156. As a direct and proximate cause of Emo's intentional and malicious publication of the foregoing false statements, Kelly has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

157. Emo's statements constitute libel *per se*, for which Kelly is entitled to recover presumed damages for injury.

## COUNT V

## DEFAMATION / NEGLIGENCE – CYCURION
## (AGAINST EMO)

158.    Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

159.    Emo, the individual who posts under the alias of E1111, published numerous false and defamatory statements to third parties about, among others, Cycurion on the internet message board Stocktwits.

160.    Emo published the statements without authorization or privilege.

161.    Emo was negligent as to the truth of the statements when he published them.

162.    Each of the statements alleged above was a false statement of fact.

163.    Emo acted with negligence in publishing each false statement, which was provably untrue and presented as fact, not opinion.

164.    The false and defamatory statements Emo published are alleged and identified with particularity above.

165.    Contrary to the false and defamatory statements contained in each of the foregoing posts, Cycurion has never engaged in any form of market manipulation, fraud, or any type of securities fraud or wrongdoing.

166.    Each of the foregoing statements attributing or alleging bad acts to Cycurion exposed Cycurion's business to public contempt, ridicule, disgrace, and induced an evil opinion of it in the minds of right-thinking persons, thereby depriving Cycurion of their willingness to conduct business with it, purchase its publicly-issued stock, to trust it, and otherwise to interact with it as a law-abiding business entity.

28

167. As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Cycurion's professional reputation and ability to conduct business have been injured and continue to suffer in an amount that will be proven at trial.

168. As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Cycurion has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

## COUNT VI

### DEFAMATION / NEGLIGENCE – KEVIN KELLY
### (AGAINST EMO)

169. Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

170. Emo, the individual who posts under the alias of E1111, published numerous false and defamatory statements to third parties about, among others, Kevin Kelly on the internet message board Stocktwits.

171. Emo published the statements without authorization or privilege.

172. Emo was negligent as to the truth of the statements when he published them.

173. The false and defamatory statements Emo published are referred to and identified with particularity above.

174. Contrary to the false and defamatory statements contained in each of the foregoing posts, Kelly has never engaged in any form of market manipulation, fraud, or any type of securities fraud or wrongdoing.

175. Each of the foregoing statements attributing or alleging bad acts to Kelly exposed Kelly's professional and personal character to public contempt, ridicule, disgrace, and induced an evil opinion of him in the minds of right-thinking persons, thereby depriving Kelly of their

29

willingness to conduct business with him, to trust him, and otherwise to interact socially and professionally with him as a law-abiding citizen.

176. As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Kelly's professional and personal reputation and ability to conduct business have been injured and continue to suffer in an amount that will be proven at trial.

177. As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Kelly has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

## COUNT VII

### DEFAMATION / NEGLIGENCE – CYCURION
### (AGAINST EMO)

178. Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

179. Emo, the individual who posts under the alias of em2391, published numerous false and defamatory statements to third parties about, among others, Cycurion on the internet message board Stocktwits.

180. Emo published the statements without authorization or privilege.

181. Emo was negligent as to the truth of the statements when he published them.

182. Each of the statements alleged above was a false statement of fact.

183. Emo acted with negligence in publishing each false statement, which was provably untrue and presented as fact, not opinion.

184. The false and defamatory statements Emo published are alleged and identified with particularity above.

185.    Contrary to the false and defamatory statements contained in each of the foregoing posts, Cycurion has never engaged in any form of market manipulation, fraud, or any type of securities fraud or wrongdoing.

186.    Each of the foregoing statements attributing or alleging bad acts to Cycurion exposed Cycurion's business to public contempt, ridicule, disgrace, and induced an evil opinion of it in the minds of right-thinking persons, thereby depriving Cycurion of their willingness to conduct business with it, purchase its publicly-issued stock, to trust it, and otherwise to interact with it as a law-abiding business entity.

187.    As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Cycurion's professional reputation and ability to conduct business have been injured and continue to suffer in an amount that will be proven at trial.

188.    As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Cycurion has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

## COUNT VIII

### DEFAMATION / NEGLIGENCE – KEVIN KELLY
### (AGAINST EMO)

189.    Plaintiffs repeat and reincorporate by reference each of the allegations set forth above as if each assertion is set forth fully herein.

190.    Emo, the individual who posts under the alias of em2391, published numerous false and defamatory statements to third parties about, among others, Kevin Kelly on the internet message board Stocktwits.

191.    Emo published the statements without authorization or privilege.

192.    Emo was negligent as to the truth of the statements when he published them.

31

193. The false and defamatory statements Emo published are referred to and identified with particularity above.

194. Contrary to the false and defamatory statements contained in each of the foregoing posts, Kelly has never engaged in any form of market manipulation, fraud, or any type of securities fraud or wrongdoing.

195. Each of the foregoing statements attributing or alleging bad acts to Kelly exposed Kelly's professional and personal character to public contempt, ridicule, disgrace, and induced an evil opinion of him in the minds of right-thinking persons, thereby depriving Kelly of their willingness to conduct business with him, to trust him, and otherwise to interact socially and professionally with him as a law-abiding citizen.

196. As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Kelly's professional and personal reputation and ability to conduct business have been injured and continue to suffer in an amount that will be proven at trial.

197. As a direct and proximate cause of Emo's negligent publication of the foregoing false statements, Kelly has been forced to incur expenses and has lost business and business opportunities in an amount that will be proven at trial.

## PRAYER FOR RELIEF

For the foregoing reasons, Plaintiffs Cycurion, Inc. f/k/a Wavs and Kevin Kelly respectfully request that the Court enter a judgment in their favor and against Emo which:

A. Orders that Emo shall pay Cycurion compensatory damages in an amount to be proven at trial;

B. Orders that Emo shall pay Kevin Kelly compensatory damages in an amount to be proven at trial;

32

C.  Temporarily, Preliminarily, and Permanently Enjoins Emo (and those persons in active concert or participation with him who receive actual notice of the injunction by personal service or otherwise) from publishing, directly or indirectly, false or defamatory information concerning Cycurion or Kevin Kelly, or any officers, directors or employees of Cycurion, on any electronic bulletin board on the internet, including, but not limited to Stocktwits or Reddit, or through any other communication device, artifice, or contrivance;

D.  Orders that Emo shall cease and desist from publication through any medium of any false and defamatory statements about Cycurion or Kevin Kelly, or any officers, directors or employees of Cycurion;

E.  Orders Emo to remove all messages, postings, reports, or other publications of false or defamatory information concerning Cycurion or Kevin Kelly, or any officer, director or employee of Cycurion on any electronic bulletin board on the internet, including, but not limited to, Stocktwits or Reddit, or on any other communication device, artifice, or contrivance, and, to ensure compliance with this aspect of the relief requested, denominate Stocktwits and Reddit as Relief Defendants, if necessary, for the limited purpose of requiring them to remove and/or otherwise expunge all postings about Cycurion or Kevin Kelly, or any officer, director or employee of Cycurion found to be false or defamatory; and

F.  Awards Cycurion and Kevin Kelly any other relief from Emo that the Court deems equitable, just, and proper, including, but not limited to, in addition to compensatory damages, special damages, punitive damages, attorneys' fees and costs; nominal damages, and disbursements to the extent permitted by law.

33

**JURY DEMAND**

Plaintiffs respectfully demand a trial by jury on all issues triable by a jury.

Respectfully submitted,

Dated: April 1, 2026

By**:** */s/ Paxton R. L. Ouellette*
David Gutkowski
Paxton R. L. Ouellette
WARD & BERRY, PLLC
*Local Counsel for Plaintiffs*
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
dgutkowski@wardberry.com
pouellette@wardberry.com
(703) 340-1131

Peter R. Ginsberg
MOSKOWITZ COLSON GINSBERG
& SCHULMAN, LLP
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*
One Battery Park Plaza, 31st Floor
New York, New York 10004
pginsberg@mcgsllp.com
(212) 257-6455